**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:        Vislanda Fraga-Mauricio v. The State of Texas

Appellate case numbers:     01-18-00617-CR, 01-18-00618-CR, 01-18-00619-CR

Trial court case numbers:   CR-2017-04223-C, CR-06431-C, and CR-2017-06433-C

Trial court:                County Criminal Court No. 3 of Denton County

On July 30, 2019, we abated the appeals and remanded the cases for the appointment of new appellate counsel. The trial court clerk has filed, in each appeal, a supplemental clerk's record that includes the trial court's order appointing J. Edward Niehaus to represent appellant on appeal. Accordingly, we **reinstate** the appeals on the Court's active docket.

We direct the Clerk of this Court to note J. Edward Niehaus's appearance as appointed counsel for appellant on the docket of this Court.

In each appeal, counsel has filed correspondence indicating that he adopts the previously filed brief. In No. 01-18-00617-CR and No. 01-18-00619-CR, appellant's appointed counsel filed a motion to withdraw with a brief concluding that the appeal was frivolous.[1] *See Anders v. California*, 386 U.S. 738, 744 (1967). Because he has indicated that he adopts the previously filed *Anders* briefs, appointed counsel, J. Edward Niehaus, is directed to file, in No. 01-18-00617-CR and No. 01-18-00619-CR, within 14 days of the date of this order a motion to withdraw that complies with Texas Rules of Appellate Procedure 6.5 and 9. *See* TEX. R. APP. P. 6.5, 9; *In re Schulman*, 252 S.W.3d 403, 410, 412 (Tex. Crim. App. 2008).

It is so ORDERED.

Judge's signature: /s/ Julie Countiss
                    ☑ Acting individually     ☐ Acting for the Court

Date:  August 27, 2019

---

[1]     In No. 01-18-00618-CR, appellant's appointed counsel filed a brief on the merits on appellant's behalf.